UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 MAY 10 PM 3:41

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOUGLAS G. SCHIFER,

    Defendant.

CASE NO. 2:21-cr-80

JUDGE Judge Sargus

INFORMATION

42 U.S.C. § 3631 (misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
(Criminal Interference with Right to Fair Housing)

On or about November 7, 2020, in the Southern District of Ohio, Defendant **DOUGLAS G. SCHIFER**, by force and threat of force, willfully injured, intimidated, and interfered with, and attempted to injure, intimidate, and interfere with, two of his neighbors because of the victims' religion and because the victims were occupying a dwelling.

In violation of 42 U.S.C. § 3631.

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

*[signature]*
PETER K. GLENN-APPLEGATE (0088708)
Assistant United States Attorney

*[signature]*
HEATHER A. HILL
Assistant United States Attorney